S. D. MURFF, ADMR., ETC. *v.* W. W. PETERSON ET AL.

CHANCERY COURT. *Probate practice. Master's report. Exceptions.*

On appeal from a decree confirming an administrator's final account, as restated, this court will not review the master's conclusions of fact, to which no exceptions were filed.

ERROR to the Chancery Court of Winston County.

Hon. L. BRAME, Chancellor.

The final decree of the Chancery Court confirmed the restatement of the plaintiff in error's final account, as reported by the clerk, to whom, on exceptions, it was referred as master, and directed distribution of the balance found due the estate, among the defendants in error, as distributees.

*R. G. Rives,* for the plaintiff in error, argued, in an elaborate brief, the propriety of the items of the administrator's account, the exceptions thereto, and the errors of fact committed by the clerk in restating the account.

*Nugent & McWillie,* for the defendants in error.

No error appears in the decree of reference as to the principles on which the account was to be restated, and, as no exceptions were filed to the master's report, this court will not hear any objection thereto. *Williamson* v. *Downs,* 34 Miss. 402.

CHALMERS, J., delivered the opinion of the court.

No exceptions to the report of the clerk and master having been filed in the court below, we are precluded by the repeated decisions of this court from passing upon the conclusions of fact arrived at by him, and sanctioned and confirmed by the decree of the Chancellor. *Cole* v. *Johnson,* 53 Miss. 94; *Williamson* v. *Downs,* 34 Miss. 402; *Fowler* v. *Payne,* 52 Miss. 210. The rule applies as well in probate as in equity proceedings. *Smith* v. *Hurd,* 8 S. & M. 682; *Benoit* v. *Brill,* 24 Miss. 83.

*Decree affirmed.*